DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | UNLAWFUL TRANSPORTATION |
| | ) | OF POLAR BEAR HIDE |
| v. | ) | Vio. of 16 U.S.C. §§ 3372(a)(1) |
| | ) | and 3373(d)(1)(B) |
| | ) | |
| | ) | COUNT 2: |
| KENNETH BROWER, | ) | UNLAWFUL SALE OF POLAR |
| | ) | BEAR HIDE |
| Defendant. | ) | Vio. of 16 U.S.C. §§ 1372(a)(4) |
| | ) | and 1375(b) |
| | ) | |

INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about March 8, 2005, and continuing to on or about March 17, 2005, those dates being approximate and inclusive, in Barrow and Fairbanks, within the District of Alaska, the defendant, KENNETH BROWER, did knowingly and unlawfully transport a polar bear hide sold in violation of the Marine Mammal Protection Act, Title 16, United States Code, § 1372(a)(4). The value of the polar bear hide was in excess of $350.00.

All of which is in violation of Title 16, United States Code, §§ 3372(a)(1) and 3373(d)(1)(B).

## COUNT 2

On or about March 8, 2005, and continuing to on or about March 17, 2005, those dates being approximate and inclusive, in Barrow and Fairbanks, within the District of Alaska, the defendant, KENNETH BROWER, did knowingly and unlawfully transport,

//

//

sell, and offer to sell a polar bear hide for a purpose other than public display, scientific research, and enhancing the survival of a species and stock.

All of which is in violation of Title 16, United States Code, §§ 1372(a)(4) and 1375(b).

A TRUE BILL.

    /s Grand Jury Foreperson
GRAND JURY FOREPERSON

    /s David A. Nesbett
DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov
Alaska Bar No. 9811075

    /s Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED:     2/21/06

sell, and offer to sell a polar bear hide for a purpose other than public display, scientific research, and enhancing the survival of a species and stock.

All of which is in violation of Title 16, United States Code, §§ 1372(a)(4) and 1375(b).

A TRUE BILL.

_____
GRAND JURY FOREPERSON

_____
DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov
Alaska Bar No. 9811075

_____
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED: 2/21/06