DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No. 4:06-CR-010-RRB |
| ) | |
| KENNETH BROWER, ) | PETITION FOR WRIT OF |
| ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

KENNETH BROWER, who is imprisoned by the State of Alaska

Department of Corrections, at the Palmer Jail, is a defendant in a certain cause now

pending before this court, to wit: United States of America v. Kenneth Brower,

Case No. 4:06-CR-010-RRB, which is necessary to schedule an arraignment/initial

appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be

instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of

Alaska Department of Corrections to bring the said defendant before the court in

Anchorage, Alaska for the hearing, as well as further proceedings, and to be

returned to the State of Alaska Department of Corrections.


                                        DEBORAH M. SMITH
                                        Acting United States Attorney

DATED: March 31, 2006             s/David A. Nesbett
                                        Special Assistant U.S. Attorney
                                        Federal Building & U.S. Courthouse
                                        222 West Seventh Avenue,#9,Rm 253
                                        Anchorage, Alaska  99513-7567
                                        Phone: (907) 271-5071
                                        Fax: (907) 271-1500
                                        Email: david.nesbett@usdoj.gov