M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>KENNETH BROWER,<br><br>                 Defendant. | Case No. 4:06-cr-0010-RRB-TWH<br><br>**MOTION ON SHORTENED TIME TO VACATE DETENTION HEARING** |

Defendant, Kenneth Brower, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to vacate the bond hearing currently scheduled for Thursday, May 18, 2006.  At the current time, Mr. Brower does not have a proposal for release and therefore does not contest detention at this time.  Mr. Brower will notify the court in writing if his current status changes and he desires to have a hearing.

DATED this 17th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 17, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden