MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs_____KENNETH BROWER JR._____CASE NO. 4:06-CR-00010-RRB_____
Defendant: X Present   X In Custody   ___On Summons   ___On Bond

BEFORE THE HONORABLE   ____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER: _____MADELINE SCHOLL_____

UNITED STATES ATTORNEY: _____BRIAN SCHRODER_____

DEFENDANT'S ATTORNEY: _____M.J. HADEN_____

U.S.P.O.: _____MARCI LUNDGREN_____

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT      Held: 5/4/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:57 a.m. court convened.

X Defendant sworn.

X Copy of Indictment given to defendant: X Waived reading.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Financial Affidavit filed.
   X Federal Public Defender accepted appointment; FPD notified.

X PLEA: X Not Guilty to Counts 1 and 2 of Indictment._____

X Detention Hearing set for __**May 18, 2006 at 1:30 p.m.**_____

X Order for Progression in a Criminal Case **FILED.**

X Pretrial motions due _____**May 25, 2006**_____

X Final Pretrial Conference Set for **June 29, 2006 at 10:00 a.m.**

X Counsel advised of trial date: __**July 5, 2006**_____

X OTHER: Both the Final Pretrial Conference and Trial set before
U.S. District Judge Beistline.


At 10:12 a.m. court adjourned.

DATE:_____May 19, 2006_____ DEPUTY CLERK'S INITIALS: ___mas_____