IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**RECEIVED**

JUN 1 4 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| In the Matter of ) | |
| ) | Case No. 4:06-CR-010-RRB |
| KENNETH BROWER, ) | |
| ) | |
| On Writ of Habeas Corpus ) | WRIT OF HABEAS CORPUS AD |
| ) | PROSEQUENDUM |
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |
| _____ ) | |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of

Alaska, or his duly authorized representative.

GREETINGS:

    We command that you have the body of KENNETH BROWER, by

you imprisoned and detained as it is said, at the Palmer Jail in Palmer, Alaska,

under safe and secure conduct, before the Judge of our District Court within and

for the District of Alaska, at Anchorage, Alaska, for scheduling an

arraignment/initial appearance, and other proceedings as the Court may desire,

thereafter and as necessary in <u>United States of America v. Kenneth Brower</u>, Case

No. 4:06-CR-010-RRB, now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 14 day of April, 2006.

IDA ROMACK
CLERK, U.S. DISTRICT COURT

By: redacted signature
DEPUTY CLERK

K. Brooks was custody
Roberton to USMS custody
5/15/06. Writ Returned
5/15/06

Certified to be a true and correct copy of original filed in my office.
Dated 4-24-06
By_ redacted signature