M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>KENNETH BROWER,<br><br>               Defendant. | Case No. 4:06-cr-0010-RRB-TWH<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL,**<br>*Filed on Shortened Time* |

       Defendant, Kenneth Brower, by and through counsel M. J. Haden, Staff Attorney, moves this court for a two-week continuance of the trial in this matter. Trial currently is scheduled to begin on July 5, 2006, in Fairbanks, Alaska. The parties are in the process of discussing a negotiated disposition; however, no plea agreement has been finalized as of yet. The parties expect to reach an agreement soon. Undersigned counsel currently is in trial in Fairbanks, which is expected to last through the end of the week.

       Assistant United States Attorney David Nesbett is unopposed to this motion. This motion is made pursuant to 18 U.S.C. § 3161(h)(1)(D), due to the fact that there are

other possible charges that may be brought and the parties are discussing a consolidated disposition.

        DATED this 27th day of June, 2006.

        Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden