UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH BROWER,<br><br>    Defendant. | Case No. 4:06-cr-0010-RRB-TWH<br><br>**PROPOSED**<br>**ORDER CONTINUING TRIAL** |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's motion to continue trial, the court GRANTS/DENIES the motion. The trial currently set for July 5, 2006, is continued to _____, 2006. The final pretrial conference schedule for June 29, 2006, is continued to _____, 2006, at _____ a.m./p.m.

DATED _____, 2006, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge