UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


                    USA    v.   BROWER

DATE:   June 27, 2006   CASE NO.   4:06-CR-0010-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING HEARING**

---

Due to a criminal trial, the **time** for the final pretrial conference scheduled on June 29, 2006, is **changed** from 10:00 a.m. to **8:15 a.m.** and will be held in Courtroom 2 in Anchorage, Alaska. Defendant and defense counsel may attend telephonically by contacting Carolyn Bollman, (907) 451-7591, to make arrangements.

M.O. RESCHEDULING HEARING