UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  BROWER  </u>

DATE:  <u>  June 27, 2006  </u>   CASE NO.  <u>  4:06-CR-0010-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION TO CONTINUE TRIAL**

---

Defendant's Unopposed Motion to Continue Trial (Docket 16) will be addressed at the final pretrial conference scheduled for **8:15 a.m.** on **June 29, 2006.**

M.O. RE MOTION TO CONTINUE TRIAL