M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>KENNETH BROWER,<br><br>           Defendant. | Case No. 4:06-cr-0010-RRB-TWH<br><br>**NOTICE OF<br>INTENT TO CHANGE PLEA** |

       Defendant, Kenneth Brower, by and through counsel M. J. Haden, Staff Attorney, hereby notifies the court of his intent to change his plea in the above-styled case. The parties are in the process of signing a written plea agreement. The agreement will be filed with the court as soon as it is completed.

       Mr. Brower asks that the final pretrial conference scheduled for July 27, 2006, and the trial date scheduled for July 31, 2006, be vacated. Mr. Brower further requests that the court set a change of plea hearing at a time convenient to the court and counsel. Undersigned counsel has a full calendar in Fairbanks on July 20, 2006, and matters

scheduled in Anchorage on July 25, 2006.  Counsel for the government is unavailable due to Ninth Circuit oral argument from July 26 through July 28, 2006.

DATED this 18th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 18, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden