UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

         USA    v.    KENNETH BROWER

DATE:    July 20, 2006    CASE NO.    4:06-CR-0010-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

---

      Defendant has filed a Notice of Intent to Change Plea at Docket 20. The final pretrial conference set for **Thursday, April 27, 2006,** at **9:00 a.m.**, will be used to schedule a date and time for the change of plea hearing. The final pretrial/scheduling conference will be held in Courtroom 2 in Anchorage, Alaska. Defense counsel can make arrangements for Defendant to attend telephonically by contacting Carolyn Bollman at 907-451-5791.

M.O. SCHEDULING HEARING