NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>               Plaintiff,                             )<br>                                                          )<br>        vs.                                              )<br>                                                          )<br> KENNETH BROWER,                        )<br>                                                          )<br>               Defendant.                         )<br>                                                          ) | No. 4:06-cr-00010-(RRB)<br><br>GOVERNMENT'S<br>SENTENCING<br>MEMORANDUM |

I.   Introduction

   COMES NOW the United States Attorney's Office, by and through counsel, and respectfully submits this Sentencing Memorandum regarding the defendant, KENNETH BROWER, who is scheduled to be sentenced on September 20, 2006.

For the reasons provided below, the government concurs with the recommendations made by the final presentence report and, pursuant to the signed **Rule 11(c)(1)(C)** plea agreement, recommends a sentence of 60 months.

II.     Background

On August 3, 2006, the defendant pled guilty to Count 1, Unlawful Transportation of a Polar Bear Hide in violation of 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B). During his plea colloquy, the defendant admitted that he unlawfully sold a polar bear hide to a non-native man from Fairbanks.

III.    Sentencing Calculation

    A.     Statutory Maximum Sentence

The maximum sentence that may be imposed on the defendant is life imprisonment with a minimum of five (5) years imprisonment, a $20,000 fine, three (3) years supervised release, and a $100 special assessment.

    B.     Sentencing Guidelines Calculation

As noted in the Final Presentence Report ("PSR"), the United States did not have any objections to the PSR. The guideline imprisonment range is 15-21 months.

The government recommends, pursuant to the Rule 11(c)(1)(C) plea agreement, that the court impose a sentence of 60 months. A sentence of 60

months accommodates the Congressional purpose of obtaining fair sentences which are uniform to the extent possible. In the event that the sentencing goes forward in accord with the provisions of the plea agreement, the government would be prepared at that time to move to dismiss Count 2 of the Indictment.

IV.   Government's Sentencing Recommendation

The government respectfully recommends, pursuant to the plea agreement, that the court impose a sentence of 60 months. If the government were able to prove that the defendant possessed a firearm in this case, it is likely that he would be subject to the Armed Career Criminal statutory mandatory minimum sentence of 15 years. The government agrees as part of this agreement not to charge Brower with a violation of 18 U.S.C. §§ 921(g)(1) and 924(e). Such a sentence would be unreasonable given the circumstances of this case. A sentence of 60 months, however, would recognize the seriousness of defendant's offense conduct, afford adequate deterrence to future criminal conduct and, meanwhile, protect the public from further crimes of the defendant.

The government recommends that the defendant be sentenced as follows:

(1)   **60 months in custody**;

(2)   **No fine is requested** due to the defendant's inability to pay;

(3)   **A three (3) year period of supervised release,** and

(4)   **A special assessment in the amount of $100.00** is, of course, required.

RESPECTFULLY SUBMITTED this ____ day of September, 2006 at Anchorage, Alaska

NELSON P. COHEN
United States Attorney

s/ David A. Nesbett
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, a copy of the foregoing Government's Sentencing Memorandum was served electronically on M.J. Haden, Assistant Public Defender

s/ David A. Nesbett