UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                         USA   v.   BROWER

DATE:   October 16, 2006      CASE NO.   4:06-CR-0010-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING SENTENCING**

---

     Due to an ongoing civil jury trial, the sentencing in this matter is **RESCHEDULED** and will be held on **Thursday, November 9, 2006, at 1:30 p.m.**, in Courtroom 1 in Fairbanks, Alaska.


M.O. RESCHEDULING SENTENCING