UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   KENNETH BROWER  

DATE:   November 6, 2006    CASE NO.   4:06-CR-0010-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
RESCHEDULING SENTENCING**

---

Due to an ongoing civil jury trial, the sentencing in this matter is **RESCHEDULED** and will be held on **Wednesday, November 22, 2006,** at **10:45 a.m.**, in Courtroom 1 in Fairbanks, Alaska.