```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. _Kenneth Brower_                CASE NO. _4:06-cr-0010-RRB_

Defendant: _X_ Present _X_ In Custody  ___On Bond

BEFORE THE HONORABLE: _Ralph R Beistline_

DEPUTY CLERK/RECORDER: _Tina J Grothause_

UNITED STATES ATTORNEY: _Bryan Schroder_

DEFENDANTS ATTORNEY: _M.J.Haden_

U.S.P.O.: _Marci Lundgren_

PROCEEDINGS: IMPOSITION OF SENTENCE HELD: 11/22/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:48 a.m. court convened.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Imprisonment for a period of _60 Months_

_X_ Defendant placed on supervised release for a period of _3_ years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

_X_ Special Assessment $ _100_, due _immediately_

_X_ Restitution $ _1000_, to be paid to _US Fish and Wildlife_

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ OTHER: _Defendant to participate in the 500 hour drug and alcohol program. Court recommends the defendant be placed in an institution with a high population of Alaska Natives._

At 10:58 a.m. court adjourned.


DATE: _11/22/2006_              DEPUTY CLERK'S INITIALS: _TJG_